In
The

                                                Court
of Appeals

                        Sixth
Appellate District of Texas at Texarkana

 

                                                ______________________________

 

                                                             No. 06-09-00052-CV

                                                ______________________________

 

 

                                       OWENS &
MINOR, INC. AND 

OWENS & MINOR MEDICAL,
INC., Appellants

 

                                                                V.

 

                         BECTON, DICKINSON & COMPANY, Appellee

 

 

                                                                                                  


 

 

                                      On Appeal from the 102nd
Judicial District Court

                                                             Bowie County, Texas

                                                     Trial Court No. 00C0099A-102

 

                                                                                                   

 

 

                                          Before Morriss, C.J.,
Carter and Moseley, JJ.

                                              Memorandum Opinion by Justice Carter








                                                      MEMORANDUM OPINION

 

            Appellants,
Owens & Minor, Inc., and Owens & Minor Medical, Inc., and Appellee,
Becton, Dickinson & Company, have filed with this Court a joint motion to
dismiss the pending appeal in this matter.

            We
grant the motion and dismiss the appeal.

 

 

 

 

                                                                                    Jack
Carter

                                                                                    Justice

 

Date Submitted:          March
15, 2010           

Date Decided:             March
16, 2010